UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

-vs-                                            **ORDER**

Margarete Abdalla,                              CR-03-868(FB)
       Defendants.
-------------------------------------------------

WHEREAS on July 12, 2005 the Court held a status conference, on the record, in open court, where all counsel were present. The defendant moved to modify her special conditions of supervised release. Accordingly for the reasons stated on the record.

IT IS HEREBY ORDERED that the defendant's supervised release is modified as follows: (1) the defendant shall pay $1,000.00 of the fine imposed forthwith, with the remaining $1,000.00 to be paid in three (3) months from the date of this order and (2) the defendant has permission to relocate to China to accept a job offer with permission to travel to Egypt to visit her family. The probation department shall have the authority to impose reporting requirements if it deems appropriate.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       July 13, 2005

cc.: AUSA Jeffrey Goldberg
     Florian Miedel, Esq.
     USPO Petra DeHaan